UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------- x
CAMELA NAVIGATION, INC.           :
                                   :
         Plaintiff,                :       Civil No. 3:13-cv-465(AWT)
                                   :
v.                                 :
                                   :
PARLAY SHIPPING & TRADING, LLC    :
and  MAERSK BROKERS AMERICA       :
                                   :
         Defendants.               :
---------------------------------- x

I Hereby certify that the foregoing is a true copy of the original document on file. Date: July 7, 2016
Roberta D. Tabora
Clerk
By _____
Deputy Clerk

### JUDGMENT

This action came for decision before the Court. The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, the issues have been considered and an order granting the motion was entered on February 25, 2015.

Pursuant to the Court's Order dated February 25, 2015, the plaintiff was authorized to file a motion to amend the judgment to include an amount as to damages. The plaintiff filed a motion and it was granted.

The defendant Maersk Brokers America has been previously dismissed on August 19, 2013. Accordingly,

JUDGMENT IS HEREBY ENTERED for the plaintiff against the defendant Parley Shipping & Trading, LLC in the total amount of $524,336.38, the specific items of damages being as follows:

(a) $6,373.99 for the costs of the interim award;

(b)   $69,232.43 for the costs regarding mitigation efforts;

(c)   $56,912.90 for the costs of the bunkers consumed during the ballast voyage;

(d)   $58,379.85 for the costs of the bunkers consumed during the performance of the charter party;

(e)   $34,484.21 for Panama Canal expenses;

(f)   $22,000.00 for slops disposal;

(g)   $132,335.00 for hire; and

(h)   $144,618.00 for attorneys' fees incurred.

Dated this 23rd day of April 2015, at Hartford, Connecticut.

                                          ROBIN TABORA, Clerk

                                          By   /s/
                                             Loraine LaLone
                                             Deputy Clerk

EOD 4/23/15